# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILIO ROMERO,** | : CIVIL ACTION NO. 1:18-CV-502 |
| Petitioner | : (Chief Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA,** | : |
| Respondent | : |

## ORDER

AND NOW, this 16th day of May, 2018, upon consideration of the report (Doc. 4) of Chief Magistrate Judge Susan E. Schwab, recommending that the court dismiss the petition (Doc. 1) for writ of habeas corpus filed by *pro se* petitioner Emilio Romero ("Romero") for failure to exhaust remedies, and it appearing that Romero has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of

the record, the court being in full agreement with Judge Schwab's recommendation, and concluding that there is no error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 4) of Chief Magistrate Judge Schwab is ADOPTED.

2. Romero's petition (Doc. 1) for writ of habeas corpus is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

 /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania